# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MaryAnn Kent,<br><br>      Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company,<br><br>      Defendant. | No. CV-20-00513-TUC-JCH<br><br>**ORDER** |

Pending before the Court is a proposed Stipulation for Dismissal (Doc. 10) pursuant to Rule 41(a)(2), Fed. R. Civ. P., filed on March 9, 2021, by Plaintiff Maryann Kent and Defendant Hartford Life and Accident Insurance Company. The Stipulation seeks dismissal with prejudice. Good cause appearing,

**IT IS ORDERED GRANTING** the parties' Stipulation for Dismissal (Doc. 10).

**IT IS FURTHER ORDERED DISMISSING WITH PREJUDICE** Plaintiff's Complaint (Doc. 1), with each party to bear their own fees and costs. The Clerk of the Court shall close the case.

**IT IS FURTHER ORDERED VACATING** the Rule 16 Case Management Conference set for Thursday, March 25, 2021, at 10:00 a.m.

Dated this 10th day of March, 2021.

_____
Honorable John C. Hinderaker
United States District Judge